# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

ISMAIL MOHAMED,

      Petitioner,

      v.

WARDEN, ADELANTO ICE PROCEESSING CENTER,

      Respondent.

No. 5:26-cv-01992-KK-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition granted on the basis that his detention violates 8 U.S.C. § 1231(a);

3. Petitioner shall be released from immigration detention subject to the OSUP conditions previously imposed within 24 hours of this Order;

4. Judgment shall be entered consistent with this Order; and

5.  The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: May 22, 2026

_____

HONORABLE KIYA KENLY KATO
UNITED STATES DISTRICT JUDGE

2