JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ISMAIL MOHAMED,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER

Respondent.

No. 5:26-cv-01992-KK-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted.

DATED: May 22, 2026

_____

HONORABLE KIYA KENLY KATO
UNITED STATES DISTRICT JUDGE